**Vikram SINGH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–1114.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2005.

Decided: July 19, 2005.

528

Vikram Singh, Petitioner Pro Se. Michelle Elizabeth Gorden, Eric Warren Marsteller, United States Department of Justice, Washington, D.C., for Respondent.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Petition dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vikram Singh, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals (Board) denying as untimely his motion to reopen removal proceedings. As Singh raises no challenges to this order and instead raises issues relevant to an order of the Board of April 20, 2004, that is not before us in this

appeal, we dismiss the petition for review. *See Stone v. INS,* 514 U.S. 386, 405, 115 S.Ct. 1537, 131 L.Ed.2d 465 (1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DISMISSED*